UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adonis Dorman,

        Petitioner,

vs.                               ORDER ADOPTING
                                  REPORT AND RECOMMENDATION

Warden R. Marques,

        Respondent.               Civil No. 18-1556 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.     That the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

    2.     This action is **DISMISSED** with prejudice.

    3.     Let Judgment be entered accordingly.

DATED: 7/19/18                               s/Patrick J. Schiltz
At Minneapolis, Minnesota              Patrick J. Schiltz, Judge
                                                  United States District Court